**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 4:06CR574-DJS |
| | ) | |
| **CARLOS VALENZUELA-SALAZAR and** | ) | |
| **ALEJANDRO VARELA-ROBLES,** | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Upon careful consideration of the report and recommendation of the United States Magistrate Judge and the lack of timely objections thereto,

**IT IS HEREBY ORDERED** that the magistrate judge's report and recommendation [Doc. #57] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant Carlos Valenzuela-Salazar's motion to suppress physical evidence [Doc. #47] is denied.

**IT IS FURTHER ORDERED** that defendant Carlos Valenzuela-Salazar's motion to suppress physical evidence [Doc. #48] is denied.

Dated this  10th  day of January, 2007.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE